# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA STORAGE HOLDINGS, LLC

VERSUS

APHELION HOLDINGS MANAGEMENT, LLC, OMNI STORAGE HOLDINGS, LLC, OMNI STORAGE IX, LLC, CASSANDRA YEMELOS, IRENE YEMELOS LALIA AND JOHN C. YEMELOS

NO.  2025 CW 1292

APRIL 8, 2026

In Re:    Robert G. Jackson and Jackson Law, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 188774.

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

WRIT NOT CONSIDERED. Relators failed to include a copy of the minutes in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). Additionally, this court requires a copy of the transcript of the hearing and all evidence introduced at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relators seek to file a new application with this court, it must contain all pertinent documentation, including the items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before May 4, 2026, and must contain a copy of this ruling.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Haggerty, J., serving *pro tempore*, by special appointment of the Louisiana Supreme Court.